FILED

09/15/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0083

IN THE SUPREME COURT OF THE STATE OF MONTANA
Case No. DA 20-0083

_____

STATE OF MONTANA, by and through the DEPARTMENT OF NATURAL RESOURCES AND CONSERVATION, for and on behalf of the BOARD OF LAND COMMISSIONERS, and THE OFFICE OF THE ATTORNEY GENERAL,

        Plaintiffs/Appellees/Cross-Appellants,

vs.

GREENFIELDS IRRIGATION DISTRICT, BOARD OF COMMISSIONERS OF GREENFIELDS IRRIGATIONDISTRICT,

        Defendants/Appellants/Cross-Appellees.

_____

### ORDER GRANTING EXTENSION

_____

Upon consideration of Appellees/Cross-Appellants' Unopposed Motion for Extension of Time to File Response Brief and Opening Brief on Cross-Appeal and good cause appearing,

IT IS HEREBY ORDERED that the Appellees/Cross-Appellants are hereby granted a 30-day extension of time up to and including October 22, 2020, to prepare, file and serve their Response Brief and Opening Brief on Cross-Appeal.


c: Brian C. Bramblett; Barbara Chillcott; Melissa Schlichting; Jon Metropoulos; KD Feeback; Anita Y. Milanovich

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
September 15 2020